Certificate Number: 17572-NJ-DE-033905941

Bankruptcy Case Number: 20-10092



17572-NJ-DE-033905941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2020, at 10:47 o'clock AM PST, David M Parsons completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 5, 2020                By:   /s/Benjamin E Wunsch

                                       Name: Benjamin E Wunsch

                                       Title: Counselor