Certificate Number: 17572-NJ-DE-033905943

Bankruptcy Case Number: 20-10092



17572-NJ-DE-033905943

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 5, 2020</u>, at <u>10:47</u> o'clock <u>AM PST</u>, <u>Jennifer L Parsons</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 5, 2020</u>          By:     <u>/s/Benjamin E Wunsch</u>

                                Name:   <u>Benjamin E Wunsch</u>

                                Title:  <u>Counselor</u>