| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | David M. Parsons<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7810<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Jennifer L. Parsons<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8928<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7    1/3/20 |
| Case number: | 20–10092–KCF | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | David M. Parsons | Jennifer L. Parsons |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 93 Newtons Corner Road<br>Howell, NJ 07731 | 93 Newtons Corner Road<br>Howell, NJ 07731 |
| 4. | Debtor's attorney<br>Name and address | Joseph I. Windman<br>Law Office of Joseph I. Windman<br>4400 Route 9 South<br>Suite 3000<br>Freehold, NJ 07728 | Contact phone (732) 780–4222 |
| 5. | Bankruptcy trustee<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 1/4/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 14, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/14/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Case 20-10092-KCF    Doc 7    Filed 01/08/20    Entered 01/09/20 00:29:15    Desc Imaged
Certificate of Notice    Page 3 of 8

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 20-10092-KCF
David M. Parsons                                                 Chapter 7
Jennifer L. Parsons
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 5          Date Rcvd: Jan 06, 2020
                              Form ID: 309A             Total Noticed: 200

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db/jdb         +David M. Parsons,   Jennifer L. Parsons,   93 Newtons Corner Road,   Howell, NJ 07731-2887
518647411      +AFC Urgent Care-West Long Branch,   214 State Route 36,   West Long Branch, NJ 07764-1305
518647414      +Atlantic Pediatric Orthopedics,   Lawrence M Stankovits MD,   1131 Broad St 202,
                 Shrewsbury, NJ 07702-4368
518647413      +Atlantic Pediatric Orthopedics,   Evan Curatolo MD,   1131 Broad St 202,
                 Shrewsbury, NJ 07702-4368
518647415      +Atlantic Pediatric Orthopedics,   PO Box 283,   Rumson, NJ 07760-0283
518647416      +B-Seaview Orthopaedic,   1200 Eagle Av,   Asbury Park, NJ 07712-7631
518647417      +B-Seaview Orthopedic,   1200 Eagle Av,   Ocean, NJ 07712-7631
518647422      +Bank of America,   Mercantile Adjustment Bureau,   37 Rust Lane,   Boerne, TX 78006-8288
518647424      +Bank of America,   American Recovery Service,   555 St Charles Dr 100,
                 Thousand Oaks, CA 91360-3983
518647421      +Bank of America,   Mercantile Adjustment Bureau,   PO Box 9055,   Williamsbille, NY 14231-9055
518647423      +Bank of America,   Tenaglia & Hunt Esqs,   395 West Passaic St 205,
                 Rochelle Park, NJ 07662-3016
518647420      +Bank of America,   National Enterprise Systems,   PO Box 1280,   Oaks, PA 19456-1280
518647425      +Barnabas Health Medical Group,   PO Box 826504,   Philadelphia, PA 19182-6504
518647426      +Barnabas Health Medical Group,   Apex Asset Management,   PO Box 5407,
                 Lancaster, PA 17606-5407
518647428      +Barron Emergency Physicians,   Envision Physician Services,   PO Box 7418,
                 Philadelphia, PA 19101-7418
518647429      +Barron Emergency Physicians,   PO Box 7418,   Philadelphia, PA 19101-7418
518647427      +Barron Emergency Physicians,   PO Box 80137,   Philadelphia, PA 19101-1137
518647430      +Barron Emergency Physicians,   AR Resources,   PO Box 1056,   Blue Bell, PA 19422-0287
518647431      +Barron Emergency Physicians,   Radius Global Solutions,   PO Box 1259,   Oaks, PA 19456-1259
518647435      +Best Buy Credit Services,   Citibank,   PO Box 9001007,   Louisville, KY 40290-1007
518647432      +Best Buy Credit Services,   Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
518647434      +Best Buy Credit Services,   Citibank,   PO Box 6204,   Sioux Falls, SD 57117-6204
518647433      +Best Buy Credit Services,   Citibank,   PO Box 6084,   Sioux Falls, SD 57117-6084
518647436      +Best Buy Credit Services,   Citibank,   PO Box 6752,   Sioux Falls, SD 57117-6752
518647437      +Bureaus Investment Group,   Portfolio 15 LLC,   650 Dundee Rd 370,   Northbrook, IL 60062-2757
518647438      +Bureaus Investment Group Portfolio No 15,   Alpha Recovery Corp,   PO Box 1259,
                 Oaks, PA 19456-1259
518647452      +CF Medical LLC,   FBCS,   330 S Warminster Rd 353,   Hatboro, PA 19040-3433
518647451      +CF Medical LLC,   Phoenix Financial Services,   PO Box 1280,   Oaks, PA 19456-1280
518647449      +CF Medical LLC,   Phoenix Financial Services,   PO Box 361450,   Indianapolis, IN 46236-1450
518647453      +CF Medical LLC,   AssetCare,   PO Box 4115,   Concord, CA 94524-4115
518647472    ++++COASTAL IMAGING,   PO BOX 4238,   PORTSMOUTH NH 03802-4238
               (address filed with court: Coastal Imaging,    PO Box 6750,   Portsmouth, NH 03802)
518647479      +CP Medical LLC,   Phoenix Financial Services,   PO Box 1280,   Oaks, PA 19456-1280
518647478      +CP Medical LLC,   Phoenix Financial Services,   PO Box 361450,   Indianapolis, IN 46236-1450
518647439       Capio Partners,   311 30th Av E,   Sherman, TX 75091
518647441      +Capital One Bank,   Lyons Doughty & Voldhuis PC,   PO Box 1269,   Mount Laurel, NJ 08054-7269
518647445     #+CareCentrix,   PO Box 660,   East Granby, CT 06026-0660
518647447      +CareCentrix,   PO Box 277947,   Atlanta, GA 30384-7947
518647446      +CareCentrix,   AMCA,   PO Box 1235,   Elmsford, NY 10523-0935
518647454      +Chase,   PO Box 1423,   Charlotte, NC 28201-1423
518647457       Chase,   PO Box 15123,   Charlotte, NC 28201
518647461      +Chase Bank,   MRS BPO LLC,   1930 Olney Av,   Cherry Hill, NJ 08003-2016
518647459      +Chase Bank,   Alltran Financial LP,   PO Box 4045,   Concord, CA 94524-4045
518647460      +Chase Bank,   Alltran Financial LP,   PO Box 722929,   Houston, TX 77272-2929
518647458      +Chase Bank,   GC Services LP,   PO Box 1280,   Oaks, PA 19456-1280
518647467      +Citibank,   Radius Global Solutions,   PO Box 390905,   Minneapolis, MN 55439-0905
518647471      +Citibank/Home Depot,   Alltran Financial,   PO Box 722910,   Houston, TX 77272-2910
518647470      +Citibank/Home Depot,   Alltran Financial,   PO Box 4044,   Concord, CA 94524-4044
518647477      +Commonwealth Finance,   245 Main St,   Scranton, PA 18519-1641
518647483      +Credit First,   AllianceOne Receivables Management,   PO Box 3102,
                 Southeastern, PA 19398-3102
518647482      +Credit First,   Client Services,   PO Box 1586,   Saint Peters, MO 63376-0028
518647487      +Department Stores National Bank,   ARS National Services,   PO Box 469100,
                 Escondido, CA 92046-9100
518647488      +Department Stores National Bank,   ARS National Services,   PO Box 1608,
                 Southgate, MI 48195-0608
518647489      +Department Stores National Bank,   Credit Control,   PO Box 31179,   Tampa, FL 33631-3179
518647491      +Doctor's Office of Brick LLC,   PO Box 870,   Newburgh, NY 12551-0870
518647494      +Doctors Office of Brick LLC,   Advanced Health Partners Inc,   PO Box 870,
                 Newburgh, NY 12551-0870
518647492      +Doctors Office of Brick LLC,   PO Box 870,   Newburgh, NY 12551-0870
518647493      +Doctors Office of Brick LLC,   484 Temple Hill Rd 104,   New Windsor, NY 12553-5529
518647497      +Evan M Curatolo MD,   PO Box 312,   Rumson, NJ 07760-0312
518647496      +Evan M Curatolo MD,   1131 Broad Street 202,   Shrewsbury, NJ 07702-4368
518647498      +GMFinancial,   PO Box 181145,   Arlington, TX 76096-1145
518647499      +Hackensack Meridian Health,   PO Box 650292,   Dallas, TX 75265-0292
518647500      +Hackensack Meridian Health,   PO Box 9319,   Trenton, NJ 08650-1319
```

```
District/off: 0312-3          User: admin              Page 2 of 5                   Date Rcvd: Jan 06, 2020
                              Form ID: 309A            Total Noticed: 200


518647501      +Health Special Risk Inc,    4100 Medical Parkway 200,    Carrollton, TX 75007-1539
518647503      +Home Depot Credit Services,    Citibank,    PO Box 790393,    Saint Louis, MO 63179-0393
518647504      +Home Depot Credit Services,    Citibank,    PO Box 6752,    Sioux Falls, SD 57117-6752
518647502       Home Depot Credit Services,    Citibank,    PO Box 9001010,    Columbus, OH 43218
518647506      +JPMCB Card Services,    PO Box 901065,    Fort Worth, TX 76101-2065
518647512      +JPMorgan Chase Bank,    MRS BPO LLC,    1930 Olney Av,    Cherry Hill, NJ 08003-2016
518647510      +JPMorgan Chase Bank,    Client Services,    PO Box 1586,    Saint Peters, MO 63376-0028
518647511      +JPMorgan Chase Bank,    ARS National Services,    PO Box 469046,    Escondido, CA 92046-9046
518647508      +JPMorgan Chase Bank,    GC Services,    PO Box 1280,    Oaks, PA 19456-1280
518647507     #+JPMorgan Chase Bank,    PO Box 901065,    Fort Worth, TX 76101-2065
518647509      +JPMorgan Chase Bank,    GC Services,    PO Box 1545,    Houston, TX 77251-1545
518647521      +LVNV Funding LLC,    Halsted Financial Services,    PO Box 828,    Skokie, IL 60076-0828
518647523      +LVNV Funding LLC,    Credit Control LLC,    PO Box 100,    Hazelwood, MO 63042-0100
518647524      +LVNV Funding LLC,    Credit Control LLC,    PO Box 51790,    Livonia, MI 48151-5790
518647517      +Laboratory Corporation of America,    LCA Collections,    PO Box 2240,
                 Burlington, NC 27216-2240
518647518      +Laboratory Corporation of America,    Radius Global Solutions,    PO Box 1259,
                 Oaks, PA 19456-1259
518647532      +MFP Plan-Pedi,    PO Box 8000,    Buffalo, NY 14267-0002
518647525      +Macy's/DSNB,    Department Stores National Bank,    PO Box 9001094,    Louisville, KY 40290-1094
518647528      +Macy's/DSNB,    Department Stores National Bank,    PO Box 6167,    Sioux Falls, SD 57117-6167
518647526      +Macy's/DSNB,    Department Stores National Bank,    PO Box 43499,    Providence, RI 02940-3499
518647530      +Malek Medical Center,    232 Norwood Av,    West Long Branch, NJ 07764-1859
518647531      +Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
518647534      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518647535      +Midland Credit Management,    350 Camino De La Reina 100,    San Diego, CA 92108-3007
518647536      +Midland Credit Management,    Pressler Felt & Warshaw LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518647537      +Monmouth Emerg Med Assoc LLC,    PO Box 80239,    Philadelphia, PA 19101-1239
518647538      +Monmouth Emergency Med Assoc,    B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
518647540      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647539      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 390915,
                 Minneapolis, MN 55439-0911
518647541      +Monmouth Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
518647542      +Monmouth Emergency Medical Associates,    PO Box 5786,    Parsippany, NJ 07054-6786
518647546      +Monmouth Medical Center,    Celentano Stadtmauer & Walentowicz LLP,    PO Box 2594,
                 Clifton, NJ 07015-2594
518647550      +Monmouth Medical Center,    IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
518647544      +Monmouth Medical Center,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647547      +Monmouth Medical Center,    BCA Financial Services,    18001 Old Cutler Rd 462,
                 Miami, FL 33157-6437
518647551      +Monmouth Medical Imaging,    PO Box 9428,    Peoria, IL 61612-9428
518647552      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518647553      +Nationwide Recovery System,    501 Shelley Suite 300,    Tyler, TX 75701-9553
518647554      +Neurology Specialists,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647555      +Neurology Specialists,    Stillman Law Office LLC,    50 Tower Office Park,
                 Woburn, MA 01801-2113
518647556      +Neurology Specialists of Monmouth County,    107 Monmouth Rd 110,
                 West Long Branch, NJ 07764-1021
518647557      +North American Partners in Anesthesia,    Hooten & Jacoby LLP,    17 Snyder Av,
                 Toms River, NJ 08753-6694
518647558      +North American Partners in Anesthesia,    NAPA,    PO Box 49,    Glen Head, NY 11545-0049
518647562      +Ocean Medical Center,    Marvel & Maloney Esqs,    PO Box 727,    Neptune, NJ 07754-0727
518647561      +Ocean Medical Center,    Marvel & Maloney PC,    PO Box 727,    Neptune, NJ 07754-0727
518647559      +Ocean Medical Center,    Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518647560      +Ocean Medical Center,    Transworld Systems,    PO Box 15618,    Wilmington, DE 19850-5618
518647566      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5055,
                 White Plains, NY 10602-5055
518647564       Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5505,
                 White Plains, NY 10602
518647565      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 1259,
                 Oaks, PA 19456-1259
518647567      +Paramount Recovery System,    7524 Bosque Blvd L,    Waco, TX 76712-3772
518647568      +Pediatrix-Obstetrix Medical Group,    PO Box 100445,    Atlanta, GA 30384-0445
518647569      +Pendrick Capital Partners,    Commonwealth Financial Systems,    PO Box 1110,
                 Charlotte, NC 28201-1110
518647572      +Pendrick Capital Partners LLC,    Phoenix Financial Services,    PO Box 361450,
                 Indianapolis, IN 46236-1450
518647575      +Pendrick Capital Partners LLC,    Affiliate Asset Solutions,    PO Box 1870,
                 Ashland, VA 23005-4870
518647574      +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647571      +Pendrick Capital Partners LLC,    Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
518647570      +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 390915,
                 Minneapolis, MN 55439-0911
518647578      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
518647583      +RWJBarnabas Health,    Monmouth Medical Center,    300 2nd Avenue,    Long Branch, NJ 07740-6395
518647579      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518647580      +Robert Wood Johnson Medical Group,    Rutgers-RWJ Medical Group,    PO Box 829650,
                 Philadelphia, PA 19182-0001
```

```
District/off: 0312-3          User: admin              Page 3 of 5                Date Rcvd: Jan 06, 2020
                              Form ID: 309A            Total Noticed: 200


518647581     +Rutgers Health-RWJMG,    PO Box 829650,   Philadelphia, PA 19182-0001
518647582     +Rutgers RWJMG Pathology,    Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
518647584     +Seaview Orthopaedic,    1200 Eagle Avenue,   Ocean, NJ 07712-7631
518647585     +Shrewsbury Ambulatory Anesthesia LLC,    PO Box 188,   Little Silver, NJ 07739-0188
518647586     +Shrewsbury Surgery Center,    655 Shrewsbury Av,    Shrewsbury, NJ 07702-4151
518647587     +Shrewsbury Surgery Center,    Mnet Financial,   95 Argonaut 200,   Aliso Viejo, CA 92656-4147
518647594     #+Synchrony Bank,    EGS Financial Care,   PO Box 1020,   Horsham, PA 19044-8020
518647592     +Synchrony Bank,    AlliedInterstate,   PO Box 1954,   Southgate, MI 48195-0954
518647593     +Synchrony Bank,    Global Credit & Collection,    PO Box 129,   Linden, MI 48451-0129
518647598     +TD Bank,    Financial Recovery Services,   PO Box 385908,    Minneapolis, MN 55438-5908
518647599     +TD Bank,    Financial Recovery Services,   PO Box 4115,    Concord, CA 94524-4115
518647600     +TD Bank/Target Credit Card,    Firstsource Advantage,    PO 628,   Buffalo, NY 14240-0628
518647601     +The Bureaus,    650 Dundee Rd 370,   Northbrook, IL 60062-2757
518647602      Tidal Emergency Physicians,    PO Box 41433,   Philadelphia, PA 19101
518647603     +Wakefield and Associates,    PO Box 50250,   Knoxville, TN 37950-0250
518647605     +Wells Fargo Home Mortgage,    PO Box 105632,   Atlanta, GA 30348-5632
518647606     +Women's Comprehensive Health Care,    PO Box 14000,    Belfast, ME 04915-4033
518647607     +Women's Comprehensive Health Care,    PO Box 14099,    Belfast, ME 04915-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jwindman@aol.com Jan 06 2020 23:22:32      Joseph I. Windman,
                 Law Office of Joseph I. Windman,    4400 Route 9 South,    Suite 3000,   Freehold, NJ  07728
tr             +EDI: BJMMCDONNELLIII.COM Jan 07 2020 03:43:00      John Michael McDonnell,
                 John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 06 2020 23:24:08      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 06 2020 23:24:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518647412     +EDI: GMACFS.COM Jan 07 2020 03:43:00      Ally Financial Inc,    PO Box 380902,
                 Bloomington, MN 55438-0902
518647418      EDI: BANKAMER.COM Jan 07 2020 03:43:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
518647419      EDI: BANKAMER.COM Jan 07 2020 03:43:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998
518647450     +EDI: CAPIO.COM Jan 07 2020 03:43:00      CF Medical LLC,    AssetCare,   PO Box 1127,
                 Sherman, TX 75091-1127
518647448     +EDI: CAPIO.COM Jan 07 2020 03:43:00      CF Medical LLC,    Capio Partners,   PO Box 3209,
                 Sherman, TX 75091-3209
518647442     +EDI: CAPITALONE.COM Jan 07 2020 03:43:00      Capital One Bank,    PO Box 85619,
                 Richmond, VA 23285-5619
518647440     +EDI: CAPITALONE.COM Jan 07 2020 03:43:00      Capital One Bank,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518647443     +EDI: CAPITALONE.COM Jan 07 2020 03:43:00      Capital One Retail Services,    PO Box 71106,
                 Charlotte, NC 28272-1106
518647444     +EDI: CAPITALONE.COM Jan 07 2020 03:43:00      Capital One Services,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518647455     +EDI: CHASE.COM Jan 07 2020 03:43:00      Chase,   PO Box 15123,    Wilmington, DE 19850-5123
518647456     +EDI: CHASE.COM Jan 07 2020 03:43:00      Chase,   PO Box 15548,    Wilmington, DE 19886-5548
518647462     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citi Cards,    PO Box 6004,
                 Sioux Falls, SD 57117-6004
518647463     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citi Cards,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518647465     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citibank,    PO Box 790040,
                 Saint Louis, MO 63179-0040
518647468     +E-mail/Text: cms-bk@cms-collect.com Jan 06 2020 23:23:44      Citibank,
                 Capital Management Services,    PO Box 120,   Buffalo, NY 14220-0120
518647466     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citibank,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518647464     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
518647469     +EDI: CITICORP.COM Jan 07 2020 03:43:00      Citibank/Citi Cards,    PO Box 70166,
                 Philadelphia, PA 19176-0166
518647473     +EDI: WFNNB.COM Jan 07 2020 03:43:00      Comenity Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
518647474     +EDI: WFNNB.COM Jan 07 2020 03:43:00      Comenity Bank,    PO Box 183043,
                 Columbus, OH 43218-3043
518647475     +EDI: WFNNB.COM Jan 07 2020 03:43:00      Comenity Bank-My Place Rewards,    PO Box 659820,
                 San Antonio, TX 78265-9120
518647476     +EDI: WFNNB.COM Jan 07 2020 03:43:00      Comenity Capital Bank,    PO Box 183043,
                 Columbus, OH 43218-3043
518647481     +EDI: CRFRSTNA.COM Jan 07 2020 03:43:00      Credit First,    PO Box 81410,
                 Cleveland, OH 44181-0410
518647480     +EDI: CRFRSTNA.COM Jan 07 2020 03:43:00      Credit First,    PO Box 81344,
                 Cleveland, OH 44188-0001
518647484     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 06 2020 23:34:53      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518647485     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 06 2020 23:32:20      Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
518647495     +EDI: TSYS2.COM Jan 07 2020 03:43:00      DSNB/Macy's,    PO Box 8218,   Mason, OH 45040-8218
```

```
District/off: 0312-3          User: admin              Page 4 of 5                  Date Rcvd: Jan 06, 2020
                              Form ID: 309A            Total Noticed: 200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518647486      +EDI: TSYS2.COM Jan 07 2020 03:43:00      Department Stores National Bank,    PO Box 8053,
                 Mason, OH 45040-8053
518647505      +EDI: IIC9.COM Jan 07 2020 03:43:00      IC System Collections,    PO Box 64437,
                 St Paul, MN 55164-0437
518647514      +E-mail/Text: bncnotices@becket-lee.com Jan 06 2020 23:23:22       Kohl's Department Store,
                 PO Box 3120,    Milwaukee, WI 53201-3120
518647513      +E-mail/Text: bncnotices@becket-lee.com Jan 06 2020 23:23:22       Kohl's Department Store,
                 PO Box 2983,    Milwaukee, WI 53201-2983
518647515      +E-mail/Text: bncnotices@becket-lee.com Jan 06 2020 23:23:22       Kohl's Department Store,
                 PO Box 3084,    Milwaukee, WI 53201-3084
518647520      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2020 23:33:34       LVNV Funding LLC,
                 PO Box 10584,    Greenville, SC 29603-0584
518647522      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2020 23:32:30       LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
518647516      +EDI: CCS.COM Jan 07 2020 03:43:00      LabCorp/LCA,    Credit Collection Services,    PO Box 55126,
                 Boston, MA 02205-5126
518647519      +EDI: RMSC.COM Jan 07 2020 03:43:00      Lowe's/Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
518647527      +EDI: TSYS2.COM Jan 07 2020 03:43:00      Macy's/DSNB,    Department Stores National Bank,
                 PO Box 8058,    Mason, OH 45040-8058
518647529      +EDI: TSYS2.COM Jan 07 2020 03:43:00      Macy's/DSNB,    Department Stores National Bank,
                 PO Box 8061,    Mason, OH 45040-8061
518647533      +EDI: MID8.COM Jan 07 2020 03:43:00      Midland Credit Management,    2365 Northside Dr 300,
                 San Diego, CA 92108-2709
518647548      +E-mail/Text: ebn@rwjbh.org Jan 06 2020 23:24:28       Monmouth Medical Center,    Barnabas Health,
                 PO Box 903,    Oceanport, NJ 07757-0903
518647543      +E-mail/Text: ebn@rwjbh.org Jan 06 2020 23:24:28       Monmouth Medical Center,
                 RWJBarnabas Health,    PO Box 29962,    New York, NY 10087-9962
518647545      +E-mail/Text: ebn@rwjbh.org Jan 06 2020 23:24:28       Monmouth Medical Center,    Barnabas Health,
                 PO Box 29962,    New York, NY 10087-9962
518647549      +E-mail/Text: ebn@rwjbh.org Jan 06 2020 23:24:28       Monmouth Medical Center,    Barnabas Health,
                 PO Box 29965,    New York, NY 10087-9965
518647563      +EDI: CAPIO.COM Jan 07 2020 03:43:00      Ocean Medical Center,    AssetCare,    PO Box 1127,
                 Sherman, TX 75091-1127
518647576       EDI: PRA.COM Jan 07 2020 03:43:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
518647577      +EDI: PRA.COM Jan 07 2020 03:43:00      Portfolio Recovery Associates,    PO Box 4115,
                 Concord, CA 94524-4115
518647589      +EDI: RMSC.COM Jan 07 2020 03:43:00      Synchrony Bank,    PO Box 530939,
                 Atlanta, GA 30353-0939
518647588      +EDI: RMSC.COM Jan 07 2020 03:43:00      Synchrony Bank,    PO Box 965060,
                 Orlando, FL 32896-5060
518647590      +EDI: RMSC.COM Jan 07 2020 03:43:00      Synchrony Bank,    PO Box 965022,
                 Orlando, FL 32896-5022
518647591      +EDI: RMSC.COM Jan 07 2020 03:43:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
518647595      +EDI: RMSC.COM Jan 07 2020 03:43:00      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
518647597       EDI: TDBANKNORTH.COM Jan 07 2020 03:43:00      TD Bank,    PO Box 84037,    Columbus, GA 31908
518647596      +EDI: WTRRNBANK.COM Jan 07 2020 03:43:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
518647604      +EDI: WFFC.COM Jan 07 2020 03:43:00      Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                               TOTAL: 58

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518647490*     +Department Stores National Bank,    Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
518647573*     +Pendrick Capital Partners LLC,    Commonwealth Financial Systems,    PO Box 1110,
                 Charlotte, NC 28201-1110
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3           User: admin            Page 5 of 5            Date Rcvd: Jan 06, 2020
                               Form ID: 309A          Total Noticed: 200
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```