| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph I. Windman, Esq. (JW7236)<br>4400 Route 9 South, Suite 3000<br>Freehold, New Jersey 07728<br>732-780-4222<br>Attorney for Debtor(s) | Chapter 7<br><br>Case No.: 20-10092-KCF<br><br>Honorable Kathryn C. Ferguson |
| In Re:<br>David M. Parsons<br>Jennifer L. Parsons<br><br>                      Debtor(s) | NOTICE OF MOTION TO AVOID DOCKETED JUDGMENT AND JUDICIAL LIEN OF BANK OF AMERICA AS A PREFERENCE AS TO DEBTOR DAVID M. PARSONS PURSUANT TO 11 U.S.C. 522(h) and 11 U.S.C. 547(b)<br><br>Hearing Date: February 4, 2020<br><br>ORAL ARGUMENT WAIVED |

TO:    Bankruptcy Court Clerk
        John Michael McDonnell, Trustee
        Bank of America, Attn: Officer/Managing Agent
        Tenaglia & Hunt Esqs

PLEASE TAKE NOTICE that on February 4, 2020 at 10:00 AM

or as soon thereafter as counsel may be heard, the Debtor(s) or his/her/their attorney will move before the

United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, for an Order to Avoid Docketed

Judgment and Judicial Lien of Bank of America as a Preference as to Debtor David M. Parsons pursuant to 11

U.S.C. 522(h) and 11 U.S.C. 547(b)

or such other relief as the Court may direct

Pursuant to D.N.J. LBR 9013(d) et seq., if you wish to contest the within Motion, you must file with the Office

of the Clerk of the Bankruptcy Court, within seven (7) days prior to the scheduled hearing, responding papers

stating with particularity the basis of your opposition to the Motion. A copy of the proposed Order which is

sought is enclosed with this Motion.

Pursuant to D.N.J. LBR 4001-1(d) et seq., appearances are not required by the Court.

The facts do not present complicated questions of fact or unique questions of law, and it is hereby submitted that no brief is necessary for the Court's consideration of the within Motion as provided by D.N.J. LBR 9013-2.

Reliance is on the Certification attached.

Oral argument is waived unless opposition papers are filed and served.


Dated: January 9, 2020

/s/ Joseph I.. Windman
Joseph I. Windman, Esq.
Attorney for Debtor(s)