UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph I. Windman, Esq. (JW7236)
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
732-780-4222
Attorney for Debtor(s)

In Re:
David M. Parsons
Jennifer L. Parsons

Debtor(s)

Case No.: 20-10092-KCF

Hearing Date: February 4, 2020

Judge: Kathryn C. Ferguson

Chapter 7:

ORDER TO AVOID DOCKETED JUDGMENT JUDICIAL LIEN
IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. 522(h) and 11 U.S.C. 547(b)

The relief set forth on the following page is hereby **ORDERED**.

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Dated:

Debtor: David M. Parsons and Jennifer L. Parsons

Case No.: 20-10092-KCF

Caption of Order: Order to Avoid Docketed Judgment and Judicial Lien in a Chapter 7 Case Pursuant to 11 U.S.C. 522(h) and 11 U.S.C. 547(b)

---

This matter was presented to the Court by the debtor on a Motion pursuant to 11 U.S.C. 522(h) to Avoid Docketed Judicial Lien of Bank of America as a Preference pursuant to 11 U.S.C. 547(b) as regards a docketed judgment entered against Debtor David M. Parsons and it is hereby

ORDERED that the following docketed judgment and judicial lien is avoided and canceled of record:

1. Bank of America, Superior Court of New Jersey, Law Division, Monmouth County, Judgment Number J-186090-19, docketed judgment entered December 5, 2019.

and it is hereby

ORDERED that the debtor may avoid the above referenced docketed judgment and judicial lien and have same canceled of record, provided that the debtor is granted a discharge in this Chapter 7 case.