| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph I. Windman, Esq. (JW7236)<br>4400 Route 9 South, Suite 3000<br>Freehold, New Jersey 07728<br>732-780-4222<br>Attorney for Debtor(s) | Chapter 7<br><br>Case No.: 20-10092-KCF<br><br>Hearing Date:<br><br>Honorable Kathryn C. Ferguson |
| In Re:<br>David M. Parsons<br>Jennifer L. Parsons<br><br><br>Debtor(s) | CERTIFICATION OF SERVICE |

1. I, Joseph I. Windman, Attorney, represent the Debtor(s) in the above-captioned matter.

2. On January 9, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

> Notice of Motion to Avoid Docketed Judgment and Judicial Lien of Bank of America as a Preference
> Order
> Certification

3. I certify under penalty of perjury that the above documents were sent using the usual mode of service indicated.

Dated: January 9, 2020

/s/ Joseph I. Windman
Joseph I. Windman, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Michael McDonnell, Trustee<br>115 Maple Avenue<br>Red Bank NJ 07701 | Trustee | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>x_ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Bank of America<br>Attn: Officer/Managing Agent<br>PO Box 15019<br>Wilmington DE 19886 | Creditor | __ Hand-delivered<br>x_ Regular mail<br>x_ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
| Bank of America<br>Tenaglia & Hunt Esqs<br>395 West Passaic St 205<br>Rochelle Park NJ 07662 | Attorney for Creditor | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |
|  |  | __ Hand-delivered<br>x_ Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.