UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                         Bankr. Case No. 20-10092-7

DAVID M. PARSONS and JENNIFER L. PARSONS                                                       Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:     Bankr. Case No. 20-10092-7

DAVID M. PARSONS and JENNIFER L. PARSONS     Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 7, 2020 :

| | |
|---|---|
| JOSEPH I WINDMAN<br>4400 ROUTE 9 S<br>FREEHOLD, NJ  07728 | US TRUSTEE<br>US DEPT OF JUSTICE ONE NEWARK CE<br>NEWARK, NJ  07102 |

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx50925 / 1009553