UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph I. Windman, Esq. (JW7236)
4400 Route 9 South, Suite 3000
Freehold, New Jersey 07728
732-780-4222
Attorney for Debtor(s)

**Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
David M. Parsons
Jennifer L. Parsons

Case No.: 20-10092-KCF

Hearing Date: February 4, 2020

Judge: Kathryn C. Ferguson

Debtor(s)    Chapter 7:

ORDER TO AVOID DOCKETED JUDGMENT JUDICIAL LIEN
IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. 522(h) and 11 U.S.C. 547(b)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: David M. Parsons and Jennifer L. Parsons

Case No.: 20-10092-KCF

Caption of Order: Order to Avoid Docketed Judgment and Judicial Lien in a Chapter 7 Case Pursuant to 11 U.S.C. 522(h) and 11 U.S.C. 547(b)

---

This matter was presented to the Court by the debtor on a Motion pursuant to 11 U.S.C. 522(h) to Avoid Docketed Judicial Lien of Bank of America as a Preference pursuant to 11 U.S.C. 547(b) as regards a docketed judgment entered against Debtor David M. Parsons and it is hereby

ORDERED that the following docketed judgment and judicial lien is avoided and canceled of record:

1. Bank of America, Superior Court of New Jersey, Law Division, Monmouth County, Judgment Number J-186090-19, docketed judgment entered December 5, 2019.

and it is hereby

ORDERED that the debtor may avoid the above referenced docketed judgment and judicial lien and have same canceled of record, provided that the debtor is granted a discharge in this Chapter 7 case.

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Parsons  
Jennifer L. Parsons  
     Debtors

Case No. 20-10092-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 05, 2020  
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db/jdb      +David M. Parsons,   Jennifer L. Parsons,   93 Newtons Corner Road,   Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:  
      John Michael McDonnell   jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com  
      Joseph I. Windman   on behalf of Debtor David M. Parsons jwindman@aol.com  
      Joseph I. Windman   on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                      TOTAL: 4