Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20–10092–KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David M. Parsons | Jennifer L. Parsons |
| 93 Newtons Corner Road | 93 Newtons Corner Road |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx–xx–7810                                      xxx–xx–8928

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 3/10/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Americredit Financial Services, Inc. d/b/a GM Financial (re: 2016 Chrysler Town and Country) Filed by AmeriCredit Financial Services, Inc. dba GM Financial. Hearing scheduled for 3/10/2020 at 02:15 PM at KCF – Courtroom 2, Trenton. (ckk)

Dated: 2/13/20

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court