Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:  20−10092−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David M. Parsons                                  Jennifer L. Parsons
   93 Newtons Corner Road                  93 Newtons Corner Road
   Howell, NJ 07731                                Howell, NJ 07731

Social Security No.:
   xxx−xx−7810                                      xxx−xx−8928

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/10/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Americredit Financial Services, Inc. d/b/a GM Financial (re: 2016 Chrysler Town and Country) Filed by AmeriCredit Financial Services, Inc. dba GM Financial. Hearing scheduled for 3/10/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 2/13/20

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 20-10092-KCF
David M. Parsons                                               Chapter 7
Jennifer L. Parsons
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3       User: admin              Page 1 of 1       Date Rcvd: Feb 13, 2020
                           Form ID: ntchrgbk        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db/jdb        +David M. Parsons,    Jennifer L. Parsons,    93 Newtons Corner Road,    Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 14 2020 01:08:34
               AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,
               Arlington, TX 76096-3853
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Joseph I. Windman    on behalf of Debtor David M. Parsons jwindman@aol.com
              Joseph I. Windman    on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```