UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Parsons, David M. &
Parsons, Jennifer L.

Case No.: 20-10092

Chapter: 7

Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathyrn C. Ferguson__ on __March 24, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
93 Newtons Corner Road
Howell, NJ 07731

FMV $283,000

Liens on property:
Lien = $260,000

Minus 10% (Cost of Sale)

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 20-10092-KCF
David M. Parsons                                                    Chapter 7
Jennifer L. Parsons
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 5      Date Rcvd: Feb 19, 2020
                             Form ID: pdf905            Total Noticed: 200


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db/jdb         +David M. Parsons,    Jennifer L. Parsons,    93 Newtons Corner Road,    Howell, NJ 07731-2887
518647411      +AFC Urgent Care-West Long Branch,    214 State Route 36,    West Long Branch, NJ 07764-1305
518647414      +Atlantic Pediatric Orthopedics,    Lawrence M Stankovits MD,    1131 Broad St 202,
                Shrewsbury, NJ 07702-4368
518647413      +Atlantic Pediatric Orthopedics,    Evan Curatolo MD,    1131 Broad St 202,
                Shrewsbury, NJ 07702-4368
518647415      +Atlantic Pediatric Orthopedics,    PO Box 283,    Rumson, NJ 07760-0283
518647416      +B-Seaview Orthopaedic,    1200 Eagle Av,    Asbury Park, NJ 07712-7631
518647417      +B-Seaview Orthopedic,    1200 Eagle Av,    Ocean, NJ 07712-7631
518647418     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
518647421      +Bank of America,    Mercantile Adjustment Bureau,    PO Box 9055,    Williamsbille, NY 14231-9055
518647422      +Bank of America,    Mercantile Adjustment Bureau,    37 Rust Lane,    Boerne, TX 78006-8288
518647424      +Bank of America,    American Recovery Service,    555 St Charles Dr 100,
                Thousand Oaks, CA 91360-3983
518647423      +Bank of America,    Tenaglia & Hunt Esqs,    395 West Passaic St 205,
                Rochelle Park, NJ 07662-3016
518647420      +Bank of America,    National Enterprise Systems,    PO Box 1280,    Oaks, PA 19456-1280
518647426      +Barnabas Health Medical Group,    Apex Asset Management,    PO Box 5407,
                Lancaster, PA 17606-5407
518647425      +Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
518647428      +Barron Emergency Physicians,    Envision Physician Services,    PO Box 7418,
                Philadelphia, PA 19101-7418
518647429      +Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
518647431      +Barron Emergency Physicians,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647430      +Barron Emergency Physicians,    AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
518647427      +Barron Emergency Physicians,    PO Box 80137,    Philadelphia, PA 19101-1137
518647435      +Best Buy Credit Services,    Citibank,    PO Box 9001007,    Louisville, KY 40290-1007
518647432      +Best Buy Credit Services,    Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
518647434      +Best Buy Credit Services,    Citibank,    PO Box 6204,    Sioux Falls, SD 57117-6204
518647433      +Best Buy Credit Services,    Citibank,    PO Box 6084,    Sioux Falls, SD 57117-6084
518647436      +Best Buy Credit Services,    Citibank,    PO Box 6752,    Sioux Falls, SD 57117-6752
518647437      +Bureaus Investment Group,    Portfolio 15 LLC,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
518647438      +Bureaus Investment Group Portfolio No 15,    Alpha Recovery Corp,    PO Box 1259,
                Oaks, PA 19456-1259
518647451      +CF Medical LLC,    Phoenix Financial Services,    PO Box 1280,    Oaks, PA 19456-1280
518647449      +CF Medical LLC,    Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518647453      +CF Medical LLC,    AssetCare,    PO Box 4115,    Concord, CA 94524-4115
518647452      +CF Medical LLC,    FBCS,    330 S Warminster Rd 353,    Hatboro, PA 19040-3433
518647472    ++++COASTAL IMAGING,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
                (address filed with court: Coastal Imaging,    PO Box 6750,    Portsmouth, NH 03802)
518647479      +CP Medical LLC,    Phoenix Financial Services,    PO Box 1280,    Oaks, PA 19456-1280
518647478      +CP Medical LLC,    Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518647439       Capio Partners,    311 30th Av E,    Sherman, TX 75091
518647441      +Capital One Bank,    Lyons Doughty & Voldhuis PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518647445      #+CareCentrix,    PO Box 660,    East Granby, CT 06026-0660
518647447      +CareCentrix,    PO Box 277947,    Atlanta, GA 30384-7947
518647446      +CareCentrix,    AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
518647456      +Chase,    PO Box 15548,    Wilmington, DE 19886-5548
518647455      +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
518647454      +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
518647457       Chase,    PO Box 15123,    Charlotte, NC 28201
518647461      +Chase Bank,    MRS BPO LLC,    1930 Olney Av,    Cherry Hill, NJ 08003-2016
518647460      +Chase Bank,    Alltran Financial LP,    PO Box 722929,    Houston, TX 77272-2929
518647459      +Chase Bank,    Alltran Financial LP,    PO Box 4045,    Concord, CA 94524-4045
518647458      +Chase Bank,    GC Services LP,    PO Box 1280,    Oaks, PA 19456-1280
518647462      +Citi Cards,    PO Box 6004,    Sioux Falls, SD 57117-6004
518647463      +Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
518647467      +Citibank,    Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
518647464      +Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
518647466      +Citibank,    PO Box 6077,    Sioux Falls, SD 57117-6077
518647465      +Citibank,    PO Box 790040,    Saint Louis, MO 63179-0040
518647469      +Citibank/Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
518647471      +Citibank/Home Depot,    Alltran Financial,    PO Box 722910,    Houston, TX 77272-2910
518647470      +Citibank/Home Depot,    Alltran Financial,    PO Box 4044,    Concord, CA 94524-4044
518647477      +Commonwealth Finance,    245 Main St,    Scranton, PA 18519-1641
518647480      +Credit First,    PO Box 81344,    Cleveland, OH 44188-0001
518647481      +Credit First,    PO Box 81410,    Cleveland, OH 44181-0410
518647483      +Credit First,    AllianceOne Receivables Management,    PO Box 3102,
                Southeastern, PA 19398-3102
518647482      +Credit First,    Client Services,    PO Box 1586,    Saint Peters, MO 63376-0028
518647495      +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
518647489      +Department Stores National Bank,    Credit Control,    PO Box 31179,    Tampa, FL 33631-3179
```

```
District/off: 0312-3              User: admin              Page 2 of 5              Date Rcvd: Feb 19, 2020
                                  Form ID: pdf905          Total Noticed: 200


518647486      +Department Stores National Bank,    PO Box 8053,    Mason, OH 45040-8053
518647488      +Department Stores National Bank,    ARS National Services,    PO Box 1608,
                 Southgate, MI 48195-0608
518647487      +Department Stores National Bank,    ARS National Services,    PO Box 469100,
                 Escondido, CA 92046-9100
518647491      +Doctor's Office of Brick LLC,    PO Box 870,    Newburgh, NY 12551-0870
518647494      +Doctors Office of Brick LLC,    Advanced Health Partners Inc,    PO Box 870,
                 Newburgh, NY 12551-0870
518647492       Doctors Office of Brick LLC,    PO Box 870,    Newburgh, NY 12551-0870
518647493      +Doctors Office of Brick LLC,    484 Temple Hill Rd 104,    New Windsor, NY 12553-5529
518647497      +Evan M Curatolo MD,    PO Box 312,    Rumson, NJ 07760-0312
518647496      +Evan M Curatolo MD,    1131 Broad Street 202,    Shrewsbury, NJ 07702-4368
518647498      +GMFinancial,    PO Box 181145,    Arlington, TX 76096-1145
518647499      +Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518647500      +Hackensack Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
518647501      +Health Special Risk Inc,    4100 Medical Parkway 200,    Carrollton, TX 75007-1539
518647503      +Home Depot Credit Services,    Citibank,    PO Box 790393,    Saint Louis, MO 63179-0393
518647504      +Home Depot Credit Services,    Citibank,    PO Box 6752,    Sioux Falls, SD 57117-6752
518647502       Home Depot Credit Services,    Citibank,    PO Box 9001010,    Columbus, OH 43218
518647505      +IC System Collections,    PO Box 64437,    St Paul, MN 55164-0437
518647506      +JPMCB Card Services,    PO Box 901065,    Fort Worth, TX 76101-2065
518647512      +JPMorgan Chase Bank,    MRS BPO LLC,    1930 Olney Av,    Cherry Hill, NJ 08003-2016
518647508      +JPMorgan Chase Bank,    GC Services,    PO Box 1280,    Oaks, PA 19456-1280
518647511      +JPMorgan Chase Bank,    ARS National Services,    PO Box 469046,    Escondido, CA 92046-9046
518647510      +JPMorgan Chase Bank,    Client Services,    PO Box 1586,    Saint Peters, MO 63376-0028
518647507     #+JPMorgan Chase Bank,    PO Box 901065,    Fort Worth, TX 76101-2065
518647509      +JPMorgan Chase Bank,    GC Services,    PO Box 1545,    Houston, TX 77251-1545
518647523      +LVNV Funding LLC,    Credit Control LLC,    PO Box 100,    Hazelwood, MO 63042-0100
518647524      +LVNV Funding LLC,    Credit Control LLC,    PO Box 51790,    Livonia, MI 48151-5790
518647521      +LVNV Funding LLC,    Halsted Financial Services,    PO Box 828,    Skokie, IL 60076-0828
518647517      +Laboratory Corporation of America,    LCA Collections,    PO Box 2240,
                 Burlington, NC 27216-2240
518647518      +Laboratory Corporation of America,    Radius Global Solutions,    PO Box 1259,
                 Oaks, PA 19456-1259
518647532      +MFP Plan-Pedi,    PO Box 8000,    Buffalo, NY 14267-0002
518647525      +Macy's/DSNB,    Department Stores National Bank,    PO Box 9001094,    Louisville, KY 40290-1094
518647527      +Macy's/DSNB,    Department Stores National Bank,    PO Box 8058,    Mason, OH 45040-8058
518647529      +Macy's/DSNB,    Department Stores National Bank,    PO Box 8061,    Mason, OH 45040-8061
518647528      +Macy's/DSNB,    Department Stores National Bank,    PO Box 6167,    Sioux Falls, SD 57117-6167
518647526      +Macy's/DSNB,    Department Stores National Bank,    PO Box 43499,    Providence, RI 02940-3499
518647530      +Malek Medical Center,    232 Norwood Av,    West Long Branch, NJ 07764-1859
518647531      +Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
518647534      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518647535      +Midland Credit Management,    350 Camino De La Reina 100,    San Diego, CA 92108-3007
518647536      +Midland Credit Management,    Pressler Felt & Warshaw LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518647537      +Monmouth Emerg Med Assoc LLC,    PO Box 80239,    Philadelphia, PA 19101-1239
518647538      +Monmouth Emergency Med Assoc,    B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
518647540      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647539      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 390915,
                 Minneapolis, MN 55439-0911
518647541      +Monmouth Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
518647542      +Monmouth Emergency Medical Associates,    PO Box 5786,    Parsippany, NJ 07054-6786
518647546      +Monmouth Medical Center,    Celentano Stadtmauer & Walentowicz LLP,    PO Box 2594,
                 Clifton, NJ 07015-2594
518647550      +Monmouth Medical Center,    IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
518647544      +Monmouth Medical Center,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647547      +Monmouth Medical Center,    BCA Financial Services,    18001 Old Cutler Rd 462,
                 Miami, FL 33157-6437
518647551      +Monmouth Medical Imaging,    PO Box 9428,    Peoria, IL 61612-9428
518647552      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518647553      +Nationwide Recovery System,    501 Shelley Suite 300,    Tyler, TX 75701-9553
518647554      +Neurology Specialists,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647555      +Neurology Specialists,    Stillman Law Office LLC,    50 Tower Office Park,
                 Woburn, MA 01801-2113
518647556      +Neurology Specialists of Monmouth County,    107 Monmouth Rd 110,
                 West Long Branch, NJ 07764-1021
518647557      +North American Partners in Anesthesia,    Hooten & Jacoby LLP,    17 Snyder Av,
                 Toms River, NJ 08753-6694
518647558      +North American Partners in Anesthesia,    NAPA,    PO Box 49,    Glen Head, NY 11545-0049
518647562      +Ocean Medical Center,    Marvel & Maloney Esqs,    PO Box 727,    Neptune, NJ 07754-0727
518647561      +Ocean Medical Center,    Marvel & Maloney PC,    PO Box 727,    Neptune, NJ 07754-0727
518647560      +Ocean Medical Center,    Transworld Systems,    PO Box 15618,    Wilmington, DE 19850-5618
518647566      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5055,
                 White Plains, NY 10602-5055
518647564       Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5505,
                 White Plains, NY 10602
518647559      +Ocean Medical Center,    Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518647565      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 1259,
                 Oaks, PA 19456-1259
```

```
District/off: 0312-3          User: admin              Page 3 of 5               Date Rcvd: Feb 19, 2020
                              Form ID: pdf905          Total Noticed: 200


518647567       +Paramount Recovery System,    7524 Bosque Blvd L,    Waco, TX 76712-3772
518647568       +Pediatrix-Obstetrix Medical Group,    PO Box 100445,    Atlanta, GA 30384-0445
518647569       +Pendrick Capital Partners,    Commonwealth Financial Systems,    PO Box 1110,
                  Charlotte, NC 28201-1110
518647575       +Pendrick Capital Partners LLC,    Affiliate Asset Solutions,    PO Box 1870,
                  Ashland, VA 23005-4870
518647572       +Pendrick Capital Partners LLC,    Phoenix Financial Services,    PO Box 361450,
                  Indianapolis, IN 46236-1450
518647574       +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647571       +Pendrick Capital Partners LLC,    Dynamic Recovery Solutions,    PO Box 25759,
                  Greenville, SC 29616-0759
518647570       +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 390915,
                  Minneapolis, MN 55439-0911
518647578       +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
518647583       +RWJBarnabas Health,    Monmouth Medical Center,    300 2nd Avenue,    Long Branch, NJ 07740-6395
518647579       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518647580       +Robert Wood Johnson Medical Group,    Rutgers-RWJ Medical Group,    PO Box 829650,
                  Philadelphia, PA 19182-0001
518647581       +Rutgers Health-RWJMG,    PO Box 829650,    Philadelphia, PA 19182-0001
518647582       +Rutgers RWJMG Pathology,    Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
518647584       +Seaview Orthopaedic,    1200 Eagle Avenue,    Ocean, NJ 07712-7631
518647585       +Shrewsbury Ambulatory Anesthesia LLC,    PO Box 188,    Little Silver, NJ 07739-0188
518647586       +Shrewsbury Surgery Center,    655 Shrewsbury Av,    Shrewsbury, NJ 07702-4151
518647587       +Shrewsbury Surgery Center,    Mnet Financial,    95 Argonaut 200,    Aliso Viejo, CA 92656-4147
518647594      #+Synchrony Bank,    EGS Financial Care,    PO Box 1020,    Horsham, PA 19044-8020
518647592       +Synchrony Bank,    AlliedInterstate,    PO Box 1954,    Southgate, MI 48195-0954
518647593       +Synchrony Bank,    Global Credit & Collection,    PO Box 129,    Linden, MI 48451-0129
518647598       +TD Bank,    Financial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
518647599       +TD Bank,    Financial Recovery Services,    PO Box 4115,    Concord, CA 94524-4115
518647600       +TD Bank/Target Credit Card,    Firstsource Advantage,    PO 628,    Buffalo, NY 14240-0628
518647596       +Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
518647601       +The Bureaus,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
518647602        Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101
518647603       +Wakefield and Associates,    PO Box 50250,    Knoxville, TN 37950-0250
518647605       +Wells Fargo Home Mortgage,    PO Box 105632,    Atlanta, GA 30348-5632
518647604       +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
518647606       +Women's Comprehensive Health Care,    PO Box 14000,    Belfast, ME 04915-4033
518647607       +Women's Comprehensive Health Care,    PO Box 14099,    Belfast, ME 04915-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:43      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 20 2020 00:29:10
                  AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,
                  Arlington, TX 76096-3853
518656373        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 20 2020 00:29:10
                  Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                  Arlington, TX 76096
518647412       +E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2020 00:28:38      Ally Financial Inc,
                  PO Box 380902,    Bloomington, MN 55438-0902
518647450       +E-mail/Text: bnc-capio@quantum3group.com Feb 20 2020 00:29:40      CF Medical LLC,    AssetCare,
                  PO Box 1127,    Sherman, TX 75091-1127
518647448       +E-mail/Text: bnc-capio@quantum3group.com Feb 20 2020 00:29:40      CF Medical LLC,
                  Capio Partners,    PO Box 3209,    Sherman, TX 75091-3209
518647442       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:32:28      Capital One Bank,
                  PO Box 85619,    Richmond, VA 23285-5619
518647440       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:32:28      Capital One Bank,
                  PO Box 6492,    Carol Stream, IL 60197-6492
518647443       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:33:11
                  Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
518647444       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:31:46      Capital One Services,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518647468       +E-mail/Text: cms-bk@cms-collect.com Feb 20 2020 00:29:17      Citibank,
                  Capital Management Services,    PO Box 120,    Buffalo, NY 14220-0120
518647473       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 00:29:23      Comenity Bank,
                  PO Box 182125,    Columbus, OH 43218-2125
518647474       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 00:29:23      Comenity Bank,
                  PO Box 183043,    Columbus, OH 43218-3043
518647475       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 00:29:23
                  Comenity Bank-My Place Rewards,    PO Box 659820,    San Antonio, TX 78265-9120
518647476       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 00:29:24      Comenity Capital Bank,
                  PO Box 183043,    Columbus, OH 43218-3043
518647484       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2020 00:32:40      Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
518647485       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2020 00:32:36      Credit One Bank,
                  PO Box 60500,    City of Industry, CA 91716-0500
```

```
District/off: 0312-3           User: admin              Page 4 of 5              Date Rcvd: Feb 19, 2020
                               Form ID: pdf905          Total Noticed: 200


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518647514        +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 00:28:46      Kohl's Department Store,
                  PO Box 3120,    Milwaukee, WI 53201-3120
518647513        +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 00:28:46      Kohl's Department Store,
                  PO Box 2983,    Milwaukee, WI 53201-2983
518647515        +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 00:28:46      Kohl's Department Store,
                  PO Box 3084,    Milwaukee, WI 53201-3084
518647520        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:32:43      LVNV Funding LLC,
                  PO Box 10584,    Greenville, SC 29603-0584
518647522        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:32:42      LVNV Funding LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
518647516        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 20 2020 00:30:28        LabCorp/LCA,
                  Credit Collection Services,    PO Box 55126,    Boston, MA 02205-5126
518647519        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:41     Lowe's/Synchrony Bank,
                  PO Box 530914,    Atlanta, GA 30353-0914
518647533        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2020 00:29:43      Midland Credit Management,
                  2365 Northside Dr 300,    San Diego, CA 92108-2709
518647548        +E-mail/Text: ebn@rwjbh.org Feb 20 2020 00:30:11     Monmouth Medical Center,   Barnabas Health,
                  PO Box 903,    Oceanport, NJ 07757-0903
518647543        +E-mail/Text: ebn@rwjbh.org Feb 20 2020 00:30:11     Monmouth Medical Center,
                  RWJBarnabas Health,    PO Box 29962,    New York, NY 10087-9962
518647545        +E-mail/Text: ebn@rwjbh.org Feb 20 2020 00:30:11     Monmouth Medical Center,   Barnabas Health,
                  PO Box 29962,    New York, NY 10087-9962
518647549        +E-mail/Text: ebn@rwjbh.org Feb 20 2020 00:30:11     Monmouth Medical Center,   Barnabas Health,
                  PO Box 29965,    New York, NY 10087-9965
518647563        +E-mail/Text: bnc-capio@quantum3group.com Feb 20 2020 00:29:40       Ocean Medical Center,
                  AssetCare,    PO Box 1127,    Sherman, TX 75091-1127
518647576         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:43:59
                  Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
518647577        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:31:52
                  Portfolio Recovery Associates,    PO Box 4115,    Concord, CA 94524-4115
518648191        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:41     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518647589        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:33:02     Synchrony Bank,   PO Box 530939,
                  Atlanta, GA 30353-0939
518647588        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:43     Synchrony Bank,   PO Box 965060,
                  Orlando, FL 32896-5060
518647590        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:19     Synchrony Bank,   PO Box 965022,
                  Orlando, FL 32896-5022
518647591        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:41     Synchrony Bank,   PO Box 965013,
                  Orlando, FL 32896-5013
518647595        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:33:07     Synchrony Bank,   PO Box 965004,
                  Orlando, FL 32896-5004
518647597         E-mail/Text: bankruptcy@td.com Feb 20 2020 00:29:49     TD Bank,   PO Box 84037,
                  Columbus, GA 31908
                                                                                              TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518647419*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998)
518647490*       +Department Stores National Bank,    Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
518647573*       +Pendrick Capital Partners LLC,    Commonwealth Financial Systems,    PO Box 1110,
                  Charlotte, NC 28201-1110
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin                    Page 5 of 5                 Date Rcvd: Feb 19, 2020
                              Form ID: pdf905                Total Noticed: 200
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2020 at the address(es) listed below:
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Joseph I. Windman    on behalf of Debtor David M. Parsons jwindman@aol.com
              Joseph I. Windman    on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```