Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10092−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David M. Parsons | Jennifer L. Parsons |
| 93 Newtons Corner Road | 93 Newtons Corner Road |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
   xxx−xx−7810                                                            xxx−xx−8928

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 11, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 13
Order Denying Approval of Reaffirmation Agreement with Americredit Financial Services, Inc. d/b/a GM Financial (re: 2016 Chrysler Town and Country). (related document:13 Motion for Approval of Reaffirmation Agreement filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/11/2020. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 11, 2020
JAN: ckk

Jeanne Naughton
Clerk