| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| | |
| In Re:<br><br>David M. Parsons and Jennifer L. Parsons | |

Order Filed on March 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-10092

Hearing Date: March 10, 2020

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ❒ Followed    ❒ Modified

# ORDER DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion to approve a reaffirmation agreement having been filed on  February 11 ,
20 20  by  AmeriCredit  (2016 Chrysler)  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having found that the Debtor(s) has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt; and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to approve the reaffirmation agreement; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee, and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-10092-KCF
David M. Parsons                                                        Chapter 7
Jennifer L. Parsons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1         Date Rcvd: Mar 11, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db/jdb         +David M. Parsons,   Jennifer L. Parsons,   93 Newtons Corner Road,   Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Joseph I. Windman    on behalf of Debtor David M. Parsons jwindman@aol.com
          Joseph I. Windman    on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 5