Form 2400B (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re <u>Jennifer L. Parsons and David M. Parsons,</u>          Case No. <u>20-10092</u>
Debtor(s)

Chapter <u>7</u>

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we) the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider):*

<u>expect financial situation to improve</u>

Therefore, we ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes):*

☒ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☒ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form 2400A, Reaffirmation Documents)

Signed: *Jennifer Parsons*
(Debtor)

*(signature)*
(Joint Debtor, if any)

Date: <u>3/15/2020</u>