Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  20−10092−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David M. Parsons | Jennifer L. Parsons |
| 93 Newtons Corner Road | 93 Newtons Corner Road |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx−xx−7810                                         xxx−xx−8928

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/5/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Ally Financial (re: 2013 Chevrolet Traverse) Filed by Ally Financial. Hearing scheduled for 5/5/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 3/23/20

                                                           Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court