Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10092−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Parsons                     Jennifer L. Parsons
93 Newtons Corner Road               93 Newtons Corner Road
Howell, NJ 07731                     Howell, NJ 07731

Social Security No.:
   xxx−xx−7810                                    xxx−xx−8928

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/5/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Ally Financial (re: 2013 Chevrolet Traverse) Filed by Ally Financial. Hearing scheduled for 5/5/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 3/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Parsons  
Jennifer L. Parsons  
    Debtors

Case No. 20-10092-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  Date Rcvd: Mar 23, 2020  
Form ID: ntchrgbk  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db/jdb  +David M. Parsons,   Jennifer L. Parsons,   93 Newtons Corner Road,   Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr  E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2020 23:47:09   Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004  
    TOTAL: 1

***** BYPASSED RECIPIENTS *****  
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:  
    John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
    John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
    Joseph I. Windman   on behalf of Debtor David M. Parsons jwindman@aol.com  
    Joseph I. Windman   on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5