UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:  ❒  Followed     ❒  Modified

# ORDER DENYING MOTION TO APPROVE
# REAFFIRMATION AGREEMENT
_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 5, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   A motion to approve a reaffirmation agreement having been filed on_____, 20 \_\_\_ by _____for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having found that the Debtor(s) has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt; and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to approve the reaffirmation agreement; it is

   ORDERED that the aforesaid motion is denied.

   The successful party shall serve this order on the debtor, any trustee, and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*