Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–10092–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Parsons
93 Newtons Corner Road
Howell, NJ 07731

Jennifer L. Parsons
93 Newtons Corner Road
Howell, NJ 07731

Social Security No.:
xxx–xx–7810                                xxx–xx–8928

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on May 6, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 25 – 23
Order Denying Motion For Reaffirmation (Related Doc # 23). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/5/2020. (ghm)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 6, 2020
JAN: ghm

Jeanne Naughton
Clerk