Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10092−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David M. Parsons | Jennifer L. Parsons |
| 93 Newtons Corner Road | 93 Newtons Corner Road |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
   xxx−xx−7810                                              xxx−xx−8928

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 6, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 23
Order Denying Motion For Reaffirmation (Related Doc # 23). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/5/2020. (ghm)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 6, 2020
JAN: ghm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 20-10092-KCF
David M. Parsons                                                   Chapter 7
Jennifer L. Parsons
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1           Date Rcvd: May 06, 2020
                              Form ID: orderntc           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db/jdb         +David M. Parsons,    Jennifer L. Parsons,    93 Newtons Corner Road,    Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: ally@ebn.phinsolutions.com May 06 2020 22:57:48     Ally Financial,
                PO Box 130424,    Roseville, MN  55113-0004
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Joseph I. Windman    on behalf of Debtor David M. Parsons jwindman@aol.com
              Joseph I. Windman    on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```