| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

Order Filed on May 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David M. Parsons
Jennifer L. Parsons

Case No.: 20-10092

Hearing Date: May 5, 2020

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ❒  Followed    ❒  Modified

# ORDER DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 5, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion to approve a reaffirmation agreement having been filed on  March 20  ,  20 20   by  Ally Financial - '13 Chevrolet Traverse   for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having found that the Debtor(s) has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt; and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to approve the reaffirmation agreement; it is

      ORDERED that the aforesaid motion is denied.

      The successful party shall serve this order on the debtor, any trustee, and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Parsons  
Jennifer L. Parsons  
     Debtors

Case No. 20-10092-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 06, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.  
db/jdb        +David M. Parsons,    Jennifer L. Parsons,    93 Newtons Corner Road,    Howell, NJ 07731-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:
       John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       Joseph I. Windman    on behalf of Debtor David M. Parsons jwindman@aol.com  
       Joseph I. Windman    on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           TOTAL: 5