**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David M. Parsons | Social Security number or ITIN xxx–xx–7810 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer L. Parsons | Social Security number or ITIN xxx–xx–8928 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   20–10092–KCF

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David M. Parsons                                                     Jennifer L. Parsons

6/5/20                                                               **By the court:**   Kathryn C. Ferguson
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 20-10092-KCF
David M. Parsons                                                          Chapter 7
Jennifer L. Parsons
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 5                   Date Rcvd: Jun 05, 2020
                               Form ID: 318                Total Noticed: 201


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb         +David M. Parsons,    Jennifer L. Parsons,    93 Newtons Corner Road,    Howell, NJ 07731-2887
518647411      +AFC Urgent Care-West Long Branch,    214 State Route 36,    West Long Branch, NJ 07764-1305
518647413      +Atlantic Pediatric Orthopedics,    Evan Curatolo MD,    1131 Broad St 202,
                 Shrewsbury, NJ 07702-4368
518647414      +Atlantic Pediatric Orthopedics,    Lawrence M Stankovits MD,    1131 Broad St 202,
                 Shrewsbury, NJ 07702-4368
518647415      +Atlantic Pediatric Orthopedics,    PO Box 283,    Rumson, NJ 07760-0283
518647416      +B-Seaview Orthopaedic,    1200 Eagle Av,    Asbury Park, NJ 07712-7631
518647417      +B-Seaview Orthopedic,    1200 Eagle Av,    Ocean, NJ 07712-7631
518647421      +Bank of America,    Mercantile Adjustment Bureau,    PO Box 9055,    Williamsbille, NY 14231-9055
518647422      +Bank of America,    Mercantile Adjustment Bureau,    37 Rust Lane,    Boerne, TX 78006-8288
518647424      +Bank of America,    American Recovery Service,    555 St Charles Dr 100,
                 Thousand Oaks, CA 91360-3983
518647423      +Bank of America,    Tenaglia & Hunt Esqs,    395 West Passaic St 205,
                 Rochelle Park, NJ 07662-3016
518647420      +Bank of America,    National Enterprise Systems,    PO Box 1280,    Oaks, PA 19456-1280
518647426      +Barnabas Health Medical Group,    Apex Asset Management,    PO Box 5407,
                 Lancaster, PA 17606-5407
518647425      +Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
518647428      +Barron Emergency Physicians,    Envision Physician Services,    PO Box 7418,
                 Philadelphia, PA 19101-7418
518647429      +Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
518647427      +Barron Emergency Physicians,    PO Box 80137,    Philadelphia, PA 19101-1137
518647430      +Barron Emergency Physicians,    AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
518647431      +Barron Emergency Physicians,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647435      +Best Buy Credit Services,    Citibank,    PO Box 9001007,    Louisville, KY 40290-1007
518647434      +Best Buy Credit Services,    Citibank,    PO Box 6204,    Sioux Falls, SD 57117-6204
518647436      +Best Buy Credit Services,    Citibank,    PO Box 6752,    Sioux Falls, SD 57117-6752
518647433      +Best Buy Credit Services,    Citibank,    PO Box 6084,    Sioux Falls, SD 57117-6084
518647432      +Best Buy Credit Services,    Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
518647437      +Bureaus Investment Group,    Portfolio 15 LLC,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
518647438      +Bureaus Investment Group Portfolio No 15,    Alpha Recovery Corp,    PO Box 1259,
                 Oaks, PA 19456-1259
518647452      +CF Medical LLC,    FBCS,    330 S Warminster Rd 353,    Hatboro, PA 19040-3433
518647451      +CF Medical LLC,    Phoenix Financial Services,    PO Box 1280,    Oaks, PA 19456-1280
518647449      +CF Medical LLC,    Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518647453      +CF Medical LLC,    AssetCare,    PO Box 4115,    Concord, CA 94524-4115
518647472     ++++COASTAL IMAGING,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
                 (address filed with court:   Coastal Imaging,    PO Box 6750,    Portsmouth, NH 03802)
518647479      +CP Medical LLC,    Phoenix Financial Services,    PO Box 1280,    Oaks, PA 19456-1280
518647478      +CP Medical LLC,    Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
518647439       Capio Partners,    311 30th Av E,    Sherman, TX 75091
518647441      +Capital One Bank,    Lyons Doughty & Voldhuis PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518647447      +CareCentrix,    PO Box 277947,    Atlanta, GA 30384-7947
518647446      +CareCentrix,    AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
518647457       Chase,   PO Box 15123,    Charlotte, NC 28201
518647461      +Chase Bank,    MRS BPO LLC,    1930 Olney Av,    Cherry Hill, NJ 08003-2016
518647459      +Chase Bank,    Alltran Financial LP,    PO Box 4045,    Concord, CA 94524-4045
518647460      +Chase Bank,    Alltran Financial LP,    PO Box 722929,    Houston, TX 77272-2929
518647458      +Chase Bank,    GC Services LP,    PO Box 1280,    Oaks, PA 19456-1280
518647467      +Citibank,    Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
518647471      +Citibank/Home Depot,    Alltran Financial,    PO Box 722910,    Houston, TX 77272-2910
518647470      +Citibank/Home Depot,    Alltran Financial,    PO Box 4044,    Concord, CA 94524-4044
518647477      +Commonwealth Finance,    245 Main St,    Scranton, PA 18519-1641
518647483      +Credit First,    AllianceOne Receivables Management,    PO Box 3102,
                 Southeastern, PA 19398-3102
518647482      +Credit First,    Client Services,    PO Box 1586,    Saint Peters, MO 63376-0028
518647489      +Department Stores National Bank,    Credit Control,    PO Box 31179,    Tampa, FL 33631-3179
518647487      +Department Stores National Bank,    ARS National Services,    PO Box 469100,
                 Escondido, CA 92046-9100
518647488      +Department Stores National Bank,    ARS National Services,    PO Box 1608,
                 Southgate, MI 48195-0608
518647491      +Doctor’s Office of Brick LLC,    PO Box 870,    Newburgh, NY 12551-0870
518647494      +Doctors Office of Brick LLC,    Advanced Health Partners Inc,    PO Box 870,
                 Newburgh, NY 12551-0870
518647492      +Doctors Office of Brick LLC,    PO Box 870,    Newburgh, NY 12551-0870
518647493      +Doctors Office of Brick LLC,    484 Temple Hill Rd 104,    New Windsor, NY 12553-5529
518647497      +Evan M Curatolo MD,    PO Box 312,    Rumson, NJ 07760-0312
518647496      +Evan M Curatolo MD,    1131 Broad Street 202,    Shrewsbury, NJ 07702-4368
518647498      +GMFinancial,    PO Box 181145,    Arlington, TX 76096-1145
518647499      +Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518647500      +Hackensack Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
518647501      +Health Special Risk Inc,    4100 Medical Parkway 200,    Carrollton, TX 75007-1539
```

```
District/off: 0312-3          User: admin              Page 2 of 5               Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 201


518647503      +Home Depot Credit Services,    Citibank,    PO Box 790393,    Saint Louis, MO 63179-0393
518647504      +Home Depot Credit Services,    Citibank,    PO Box 6752,    Sioux Falls, SD 57117-6752
518647502       Home Depot Credit Services,    Citibank,    PO Box 9001010,    Columbus, OH 43218
518647512      +JPMorgan Chase Bank,    MRS BPO LLC,    1930 Olney Av,    Cherry Hill, NJ 08003-2016
518647508      +JPMorgan Chase Bank,    GC Services,    PO Box 1280,    Oaks, PA 19456-1280
518647511      +JPMorgan Chase Bank,    ARS National Services,    PO Box 469046,    Escondido, CA 92046-9046
518647510      +JPMorgan Chase Bank,    Client Services,    PO Box 1586,    Saint Peters, MO 63376-0028
518647509      +JPMorgan Chase Bank,    GC Services,    PO Box 1545,    Houston, TX 77251-1545
518647521      +LVNV Funding LLC,    Halsted Financial Services,    PO Box 828,    Skokie, IL 60076-0828
518647523      +LVNV Funding LLC,    Credit Control LLC,    PO Box 100,    Hazelwood, MO 63042-0100
518647524      +LVNV Funding LLC,    Credit Control LLC,    PO Box 51790,    Livonia, MI 48151-5790
518647518      +Laboratory Corporation of America,    Radius Global Solutions,    PO Box 1259,
                 Oaks, PA 19456-1259
518647517      +Laboratory Corporation of America,    LCA Collections,    PO Box 2240,
                 Burlington, NC 27216-2240
518647532      +MFP Plan-Pedi,    PO Box 8000,    Buffalo, NY 14267-0002
518647525      +Macy's/DSNB,    Department Stores National Bank,    PO Box 9001094,    Louisville, KY 40290-1094
518647528      +Macy's/DSNB,    Department Stores National Bank,    PO Box 6167,    Sioux Falls, SD 57117-6167
518647526      +Macy's/DSNB,    Department Stores National Bank,    PO Box 43499,    Providence, RI 02940-3499
518647530      +Malek Medical Center,    232 Norwood Av,    West Long Branch, NJ 07764-1859
518647531      +Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
518647536      +Midland Credit Management,    Pressler Felt & Warshaw LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518647534      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518647535      +Midland Credit Management,    350 Camino De La Reina 100,    San Diego, CA 92108-3007
518647537      +Monmouth Emerg Med Assoc LLC,    PO Box 80239,    Philadelphia, PA 19101-1239
518647538      +Monmouth Emergency Med Assoc,    B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
518647540      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647539      +Monmouth Emergency Medical,    Radius Global Solutions,    PO Box 390915,
                 Minneapolis, MN 55439-0911
518647541      +Monmouth Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
518647542      +Monmouth Emergency Medical Associates,    PO Box 5786,    Parsippany, NJ 07054-6786
518647546      +Monmouth Medical Center,    Celentano Stadtmauer & Walentowicz LLP,    PO Box 2594,
                 Clifton, NJ 07015-2594
518647547      +Monmouth Medical Center,    BCA Financial Services,    18001 Old Cutler Rd 462,
                 Miami, FL 33157-6437
518647550      +Monmouth Medical Center,    IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
518647544      +Monmouth Medical Center,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647551      +Monmouth Medical Imaging,    PO Box 9428,    Peoria, IL 61612-9428
518647552      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518647553       Nationwide Recovery System,    501 Shelley Suite 300,    Tyler, TX 75701-9553
518647554      +Neurology Specialists,    IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518647555      +Neurology Specialists,    Stillman Law Office LLC,    50 Tower Office Park,
                 Woburn, MA 01801-2113
518647556      +Neurology Specialists of Monmouth County,    107 Monmouth Rd 110,
                 West Long Branch, NJ 07764-1021
518647558      +North American Partners in Anesthesia,    NAPA,    PO Box 49,    Glen Head, NY 11545-0049
518647557      +North American Partners in Anesthesia,    Hooten & Jacoby LLP,    17 Snyder Av,
                 Toms River, NJ 08753-6694
518647562      +Ocean Medical Center,    Marvel & Maloney Esqs,    PO Box 727,    Neptune, NJ 07754-0727
518647561      +Ocean Medical Center,    Marvel & Maloney PC,    PO Box 727,    Neptune, NJ 07754-0727
518647566      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5055,
                 White Plains, NY 10602-5055
518647559      +Ocean Medical Center,    Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518647560      +Ocean Medical Center,    Transworld Systems,    PO Box 15618,    Wilmington, DE 19850-5618
518647564       Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 5505,
                 White Plains, NY 10602
518647565      +Ocean Medical Center,    Trans-Continental Credit & Collection,    PO Box 1259,
                 Oaks, PA 19456-1259
518647567      +Paramount Recovery System,    7524 Bosque Blvd L,    Waco, TX 76712-3772
518647568      +Pediatrix-Obstetrix Medical Group,    PO Box 100445,    Atlanta, GA 30384-0445
518647569      +Pendrick Capital Partners,    Commonwealth Financial Systems,    PO Box 1110,
                 Charlotte, NC 28201-1110
518647572      +Pendrick Capital Partners LLC,    Phoenix Financial Services,    PO Box 361450,
                 Indianapolis, IN 46236-1450
518647575      +Pendrick Capital Partners LLC,    Affiliate Asset Solutions,    PO Box 1870,
                 Ashland, VA 23005-4870
518647574      +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 1259,    Oaks, PA 19456-1259
518647571      +Pendrick Capital Partners LLC,    Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
518647570      +Pendrick Capital Partners LLC,    Radius Global Solutions,    PO Box 390915,
                 Minneapolis, MN 55439-0911
518647578      +Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
518647583      +RWJBarnabas Health,    Monmouth Medical Center,    300 2nd Avenue,    Long Branch, NJ 07740-6395
518647579      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518647580      +Robert Wood Johnson Medical Group,    Rutgers-RWJ Medical Group,    PO Box 829650,
                 Philadelphia, PA 19182-0001
518647581      +Rutgers Health-RWJMG,    PO Box 829650,    Philadelphia, PA 19182-0001
518647582      +Rutgers RWJMG Pathology,    Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
518647584      +Seaview Orthopaedic,    1200 Eagle Avenue,    Ocean, NJ 07712-7631
```

```
District/off: 0312-3               User: admin              Page 3 of 5               Date Rcvd: Jun 05, 2020
                                   Form ID: 318             Total Noticed: 201


518647585      +Shrewsbury Ambulatory Anesthesia LLC,    PO Box 188,    Little Silver, NJ 07739-0188
518647586      +Shrewsbury Surgery Center,    655 Shrewsbury Av,    Shrewsbury, NJ 07702-4151
518647587      +Shrewsbury Surgery Center,    Mnet Financial,    95 Argonaut 200,    Aliso Viejo, CA 92656-4147
518647594     #+Synchrony Bank,    EGS Financial Care,    PO Box 1020,    Horsham, PA 19044-8020
518647592      +Synchrony Bank,    AlliedInterstate,    PO Box 1954,    Southgate, MI 48195-0954
518647593      +Synchrony Bank,    Global Credit & Collection,    PO Box 129,    Linden, MI 48451-0129
518647598      +TD Bank,    Financial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
518647599      +TD Bank,    Financial Recovery Services,    PO Box 4115,    Concord, CA 94524-4115
518647600      +TD Bank/Target Credit Card,    Firstsource Advantage,    PO 628,    Buffalo, NY 14240-0628
518647601      +The Bureaus,    650 Dundee Rd 370,    Northbrook, IL 60062-2757
518647602       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101
518647603      +Wakefield and Associates,    PO Box 50250,    Knoxville, TN 37950-0250
518647605      +Wells Fargo Home Mortgage,    PO Box 105632,    Atlanta, GA 30348-5632
518647606      +Women's Comprehensive Health Care,    PO Box 14000,    Belfast, ME 04915-4033
518647607      +Women's Comprehensive Health Care,    PO Box 14099,    Belfast, ME 04915-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Jun 06 2020 06:23:00     Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
cr             +EDI: PHINAMERI.COM Jun 06 2020 06:23:00     AmeriCredit Financial Services, Inc. dba GM Financ,
                 PO BOX 183853,    Arlington, TX 76096-3853
518656373       EDI: PHINAMERI.COM Jun 06 2020 06:23:00     Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
518647412      +EDI: GMACFS.COM Jun 06 2020 06:23:00     Ally Financial Inc,    PO Box 380902,
                 Bloomington, MN 55438-0902
518647418       EDI: BANKAMER.COM Jun 06 2020 06:23:00     Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
518647419       EDI: BANKAMER.COM Jun 06 2020 06:23:00     Bank of America,    PO Box 982234,
                 El Paso, TX 79998
518647450      +EDI: CAPIO.COM Jun 06 2020 06:23:00     CF Medical LLC,    AssetCare,    PO Box 1127,
                 Sherman, TX 75091-1127
518647448      +EDI: CAPIO.COM Jun 06 2020 06:23:00     CF Medical LLC,    Capio Partners,    PO Box 3209,
                 Sherman, TX 75091-3209
518647442      +EDI: CAPITALONE.COM Jun 06 2020 06:23:00     Capital One Bank,    PO Box 85619,
                 Richmond, VA 23285-5619
518647440      +EDI: CAPITALONE.COM Jun 06 2020 06:23:00     Capital One Bank,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518647443      +EDI: CAPITALONE.COM Jun 06 2020 06:23:00     Capital One Retail Services,    PO Box 71106,
                 Charlotte, NC 28272-1106
518647444      +EDI: CAPITALONE.COM Jun 06 2020 06:23:00     Capital One Services,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518647462      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citi Cards,    PO Box 6004,
                 Sioux Falls, SD 57117-6004
518647463      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citi Cards,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518647465      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citibank,    PO Box 790040,
                 Saint Louis, MO 63179-0040
518647468      +E-mail/Text: cms-bk@cms-collect.com Jun 06 2020 03:30:07     Citibank,
                 Capital Management Services,    PO Box 120,    Buffalo, NY 14220-0120
518647466      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citibank,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518647464      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
518647469      +EDI: CITICORP.COM Jun 06 2020 06:23:00     Citibank/Citi Cards,    PO Box 70166,
                 Philadelphia, PA 19176-0166
518647473      +EDI: WFNNB.COM Jun 06 2020 06:23:00     Comenity Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
518647474      +EDI: WFNNB.COM Jun 06 2020 06:23:00     Comenity Bank,    PO Box 183043,
                 Columbus, OH 43218-3043
518647475      +EDI: WFNNB.COM Jun 06 2020 06:23:00     Comenity Bank-My Place Rewards,    PO Box 659820,
                 San Antonio, TX 78265-9120
518647476      +EDI: WFNNB.COM Jun 06 2020 06:23:00     Comenity Capital Bank,    PO Box 183043,
                 Columbus, OH 43218-3043
518647481      +EDI: CRFRSTNA.COM Jun 06 2020 06:23:00     Credit First,    PO Box 81410,
                 Cleveland, OH 44181-0410
518647480      +EDI: CRFRSTNA.COM Jun 06 2020 06:23:00     Credit First,    PO Box 81344,
                 Cleveland, OH 44188-0001
518647484      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:26:12     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518647485      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:26:11     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518647495      +EDI: TSYS2.COM Jun 06 2020 06:23:00     DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
518647486      +EDI: TSYS2.COM Jun 06 2020 06:23:00     Department Stores National Bank,    PO Box 8053,
                 Mason, OH 45040-8053
```

```
District/off: 0312-3           User: admin               Page 4 of 5                  Date Rcvd: Jun 05, 2020
                               Form ID: 318              Total Noticed: 201


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518647505       +EDI: IIC9.COM Jun 06 2020 06:23:00      IC System Collections,    PO Box 64437,
                 St Paul, MN 55164-0437
518647506        EDI: JPMORGANCHASE Jun 06 2020 06:23:00      JPMCB Card Services,    PO Box 901065,
                 Fort Worth, TX 76101
518647507        EDI: JPMORGANCHASE Jun 06 2020 06:23:00      JPMorgan Chase Bank,    PO Box 901065,
                 Fort Worth, TX 76101
518647454        EDI: JPMORGANCHASE Jun 06 2020 06:23:00      Chase,    PO Box 1423,    Charlotte, NC 28201
518647455        EDI: JPMORGANCHASE Jun 06 2020 06:23:00      Chase,    PO Box 15123,    Wilmington, DE 19850
518647456        EDI: JPMORGANCHASE Jun 06 2020 06:23:00      Chase,    PO Box 15548,    Wilmington, DE 19886
518647514       +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:29:36       Kohl's Department Store,
                 PO Box 3120,    Milwaukee, WI 53201-3120
518647513       +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:29:35       Kohl's Department Store,
                 PO Box 2983,    Milwaukee, WI 53201-2983
518647515       +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:29:36       Kohl's Department Store,
                 PO Box 3084,    Milwaukee, WI 53201-3084
518647520       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:26:22       LVNV Funding LLC,
                 PO Box 10584,    Greenville, SC 29603-0584
518647522       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:27:07       LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
518647516       +EDI: CCS.COM Jun 06 2020 06:23:00      LabCorp/LCA,    Credit Collection Services,    PO Box 55126,
                 Boston, MA 02205-5126
518647519       +EDI: RMSC.COM Jun 06 2020 06:23:00      Lowe's/Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
518647527       +EDI: TSYS2.COM Jun 06 2020 06:23:00      Macy's/DSNB,    Department Stores National Bank,
                 PO Box 8058,    Mason, OH 45040-8058
518647529       +EDI: TSYS2.COM Jun 06 2020 06:23:00      Macy's/DSNB,    Department Stores National Bank,
                 PO Box 8061,    Mason, OH 45040-8061
518647533       +EDI: MID8.COM Jun 06 2020 06:23:00      Midland Credit Management,    2365 Northside Dr 300,
                 San Diego, CA 92108-2709
518647548       +E-mail/Text: ebn@rwjbh.org Jun 06 2020 03:31:13       Monmouth Medical Center,    Barnabas Health,
                 PO Box 903,    Oceanport, NJ 07757-0903
518647543       +E-mail/Text: ebn@rwjbh.org Jun 06 2020 03:31:13       Monmouth Medical Center,
                 RWJBarnabas Health,    PO Box 29962,    New York, NY 10087-9962
518647545       +E-mail/Text: ebn@rwjbh.org Jun 06 2020 03:31:13       Monmouth Medical Center,    Barnabas Health,
                 PO Box 29962,    New York, NY 10087-9962
518647549       +E-mail/Text: ebn@rwjbh.org Jun 06 2020 03:31:13       Monmouth Medical Center,    Barnabas Health,
                 PO Box 29965,    New York, NY 10087-9965
518647563       +EDI: CAPIO.COM Jun 06 2020 06:23:00      Ocean Medical Center,    AssetCare,    PO Box 1127,
                 Sherman, TX 75091-1127
518647576        EDI: PRA.COM Jun 06 2020 06:23:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
518647577       +EDI: PRA.COM Jun 06 2020 06:23:00      Portfolio Recovery Associates,    PO Box 4115,
                 Concord, CA 94524-4115
518648191       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518647589       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    PO Box 530939,
                 Atlanta, GA 30353-0939
518647588       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    PO Box 965060,
                 Orlando, FL 32896-5060
518647590       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    PO Box 965022,
                 Orlando, FL 32896-5022
518647591       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
518647595       +EDI: RMSC.COM Jun 06 2020 06:23:00      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
518647597        EDI: TDBANKNORTH.COM Jun 06 2020 06:23:00      TD Bank,    PO Box 84037,    Columbus, GA 31908
518647596       +EDI: WTRRNBANK.COM Jun 06 2020 06:23:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
518647604       +EDI: WFFC.COM Jun 06 2020 06:23:00      Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                               TOTAL: 63

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518647490*       +Department Stores National Bank,    Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
518647573*       +Pendrick Capital Partners LLC,    Commonwealth Financial Systems,    PO Box 1110,
                  Charlotte, NC 28201-1110
518647445       ##+CareCentrix,    PO Box 660,    East Granby, CT 06026-0660
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 5 of 5            Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 201
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell     jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Joseph I. Windman     on behalf of Debtor David M. Parsons jwindman@aol.com
          Joseph I. Windman     on behalf of Joint Debtor Jennifer L. Parsons jwindman@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```